PHOTOGRAPH# 1



01/03/2021 12:46:29