INFRINGEMENT# 1

URL: URL: https://storerotica.com/cara-delevingne-ashley-benson-lessons-in-obedience/





INDUSTRY NEWS   TOY TALK   PRESS RELEASE

# CARA DELEVINGNE, ASHLEY BENSON — LESSONS IN "OBEDIENCE"

By **Eugenio Torrens** - May 31, 2019   👁 46











The Master Series Obedience Extreme Sex Bench is making headlines worldwide after stars Cara Delevingne and Ashley Benson were caught by paparazzi carrying the sex bench into their home. Sparking new curiosity into their coupledom, the photos have sent international celeb blogs into a tizzy as a result of the Obedience Extreme Sex Bench's intense bondage capabilities – and optional Dicktator thrusting sex machine attachment.

12/11/2018 9:06:00 AM